# UNITED STATES DISTRICT COURT FOR
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARDAGH GLASS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-02214-MPB-TAB |

## PLAINTIFF'S UNOPPOSED MOTION TO EXCUSE CLIENT ATTENDANCE FROM MAY 28, 2024 SETTLEMENT CONFERENCE

Comes now, Plaintiff Cynthia Castaneda, by counsel, pursuant to the Court's April 4, 2024, Order Setting Settlement Conference and Related Deadlines (ECF No. 32), and respectfully requests the Court excuse Ms. Castaneda's in-person attendance at the Settlement Conference. In support, Plaintiff states the following good cause grounds:

1.　Plaintiff Cynthia Casteneda, by counsel, filed this action on behalf of a nationwide Class against Defendant Ardagh Glass, Inc.

2.　The Court set this matter for an in-person settlement conference on May 28, 2024, at 9 a.m.

3.　Plaintiff Cynthia Castaneda lives in California. Due to Ms. Castaneda's location and time difference, travel to and attendance in person at the settlement conference would pose difficulty for Ms. Castaneda.

4. Alternatively, Plaintiff respectfully requests that the Court allow Ms. Castaneda to be available by telephone for the duration of the settlement conference for any issues for which she must be consulted.

5. Plaintiff's counsel will attend the settlement conference in person.

6. Plaintiff's counsel has conferred with counsel for Defendant and Defendant's counsel does not object to this request.

WHEREFORE, Plaintiff Cynthia Castaneda, by counsel, hereby respectfully requests the Court excuse Ms. Castaneda's in-person attendance at the Settlement Conference.

Dated: April 23, 2024

Respectfully submitted,

By: */s/Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Counsel for Plaintiff Cynthia Castaneda*