UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ARDAGH GLASS, INC.,<br><br>                Defendant. | Case No. 1:23-cv-02214-MPB-TAB |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCUSE CLIENT ATTENDANCE FROM MAY 28, 2024 SETTLEMENT CONFERENCE**

The Court, having considered Plaintiff's Unopposed Motion to Excuse Client Attendance from May 28, 2024, Settlement Conference, hereby GRANTS the Motion. [Filing No. 38.]

IT IS THEEFORE ORDERED that Plaintiff Cynthia Casteneda's in-person attendance at the settlement conference is hereby excused. Ms. Castaneda is ordered to be available by phone throughout the entire duration of the Settlement Conference. Ms. Castaneda's counsel shall be responsible for ensuring that Ms. Castaneda is available by phone. Plaintiff's counsel is ordered to attend the settlement conference in person.

All other aspects of the Court's April 4, 2024, Order Setting Settlement Conference and Related Deadlines (Filing No. 32), remain in effect.

Date: 4/24/2024

                                                    Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email