UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02214-MPB-TAB ) |
| ARDAGH GLASS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER ON MAY 28, 2024, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel May 28, 2024, for a settlement conference. Case settled, subject to Court approval. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a motion within 28 days seeking Court approval of the proposed settlement and the setting of a fairness hearing.

Date: 5/28/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email