UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ARDAGH GLASS, INC.,<br><br>          Defendant. | Case No. 1:23-cv-02214-MPB-TAB |

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET
FINAL APPROVAL HEARING FOR LATE OCTOBER 2024**

Plaintiffs, by counsel, respectfully move the Court under Federal Rule of Civil Procedure 23(e) to enter the tendered, agreed Preliminary Approval Order, which grants preliminary approval to the Class Action Settlement Agreement (the "Settlement") attached as Exhibit 1. Defendant does not oppose entry of the agreed Preliminary Approval Order, and the parties request that the Court schedule a final approval hearing in approximately 120 days or late October 2024.

WHEREFORE, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing for approximately 120 days or late October 2024.

Dated: June 25, 2024       By:   */s/Lynn A. Toops*
                                  Lynn A. Toops, No. 26386-49
                                  Amina Thomas, No. 34451-49
                                  COHEN & MALAD, LLP
                                  One Indiana Square, Suite 1400
                                  Indianapolis, IN 46204
                                  Telephone: (317) 636-6481
                                  Facsimile: (317) 636-2593

1

ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Samuel J. Strauss (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

J. Gerard Stranch, IV (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 254.8801
gstranch@stranchlaw.com

*Counsel for Plaintiffs and the Proposed Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2024, a copy of the foregoing has been filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.

*/s/Lynn A. Toops*
Lynn A. Toops
