**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CYNTHIA CASTANEDA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARDAGH GLASS, INC.,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-02214-MPB-TAB |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT

Plaintiffs, under Federal Rule of Civil Procedure 23(e)(2), respectfully move the Court for the entry of an Order granting final approval to the Class Action Settlement Agreement ("Agreement") that the Court preliminarily approved in July 2024. Dkt. 49. After the Court approved notice, and an opportunity by Settlement Class Members to opt out or object, nobody excluded themselves from the Settlement Class, and nobody objected to the Agreement. The overwhelmingly positive response to the Agreement by the Class Members therefore affirms the Court's initial determination that the Agreement appears fair, reasonable, and adequate, and the Court should now grant final approval so that the Class Members can receive the benefits of the Agreement, and this litigation can be resolved.

Plaintiffs have submitted a memorandum and declaration in support of this motion and have tendered a proposed Final Approval Order. Defendants do not object to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Final Approval Order.

Dated: October 28, 2024        By:    /s/ *Lynn A. Toops*
                                        Lynn A. Toops, No. 26386-49
                                        Amina Thomas, No. 34451-49
                                        Emily D. Kopp, No. 36206-49
                                        COHEN & MALAD, LLP
                                        One Indiana Square, Suite 1400
                                        Indianapolis, IN 46204
                                        Telephone: (317) 636-6481
                                        Facsimile: (317) 636-2593
                                        ltoops@cohenandmalad.com

                                        Samuel J. Strauss (*pro hac vice*)
                                        Raina C. Borrelli (*pro hac vice*)
                                        STRAUSS BORRELLI PLLC
                                        One Magnificent Mile
                                        980 N Michigan Avenue, Suite 1610
                                        Chicago IL, 60611
                                        Telephone: (872) 263-1100
                                        Facsimile: (872) 263-1109
                                        sam@straussborrelli.com
                                        raina@straussborrelli.com

                                        J. Gerard Stranch, IV (*pro hac vice*)
                                        STRANCH, JENNINGS & GARVEY, PLLC
                                        223 Rosa L. Parks Ave., Suite 200
                                        Nashville, TN 37203
                                        Telephone: (615) 254.8801
                                        gstranch@stranchlaw.com

                                        *Counsel for Plaintiffs and the Proposed Class*