UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02214-MPB-TAB ) |
| ARDAGH GLASS, INC., | ) ) |
| Defendant. | ) ) |

Courtroom Minutes for November 22, 2024
Before the Hon. Matthew P. Brookman, Judge

The Court convened for a Final Approval Hearing in the above-captioned matter. Plaintiff appeared by counsel, Lynn Toops and Gerard Stranch and Defendant appeared by counsel, Pamela Begaj-Loutos and Stephen Reynolds.

Arguments were heard in favor of the Unopposed Motion for Final Approval of a Class Action Settlement, Dkt. [52] and Plaintiff's Motion for Attorney's Fees, Expenses, and Service Award, Dkt. [50]. There were no members of the class that appeared to object to either motion. The court will grant both motions by separate order.

_Matthew P. Brookman_ (signature)

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.